An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Appellant,
vs.
CLARK COUNTY, NEVADA; CLARK
COUNTY DISTRICT ATTORNEY;
CLARK COUNTY LAS VEGAS
METROPOLITAN POLICE
DEPARTMENT FORENSIC LAB;
CLARK COUNTY METROPOLITAN
POLICE COMMITTEE ON FISCAL
AFFAIRS; CLARK COUNTY SHERIFF
DEPT.; CITY OF NORTH LAS VEGAS;
CLARK COUNTY INDIGENT
DEFENSE COUNSEL; AND THOMAS
D. DILLARD, JR.,
Respondents.

No. 65913

FILED

APR 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order dismissing a tort action. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Having considered the arguments in appellant's appeal statements[1] and the record on appeal, we discern no reversible errors within the challenged orders. While we recognize appellant's argument

---

[1]Consistent with this court's August 19, 2014, order in Docket No. 66083, we have reviewed appellant's appeal statement in that case and conclude that the district court properly declined to enter a default judgment against respondent Las Vegas Metropolitan Police Department Forensic Lab. In particular, but among other reasons, a valid default had not been entered. *See Jacobs v. Sheriff, Washoe Cnty.*, 108 Nev. 726, 728-29, 837 P.2d 436, 437-38 (1992). The documents identified in appellant's February 24, 2015, filing do not indicate otherwise.

15-11660

regarding the lack of findings in the district court's June 4, 2014, order, we note that the only sanction imposed on appellant was the dismissal of his complaint. In this regard, we also note that appellant's complaint had already been dismissed as to all named defendants except Las Vegas Metropolitan Police Department Forensic Lab and Clark County Metropolitan Police Committee on Fiscal Affairs. Because the claims against these defendants were premised on the same nonactionable allegations that had been previously dismissed with respect to the other defendants, appellant's argument does not warrant reversal. We therefore

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[2]On February 24, 2015, appellant filed two requests for judicial notice. Because the first request asks that this court take judicial notice of documents that are already part of the record on appeal, no further action needs to be taken with respect to this request. Because the second request asks that this court take judicial notice of documents that were not presented to the district court, that request is denied. *See Carson Ready Mix, Inc. v. First Nat'l Bank of Nev.*, 97 Nev. 474, 476-77, 635 P.2d 276, 277 (1981) (noting that this court may only consider matters appearing in the record on appeal).

cc:    Hon. Valerie Adair, District Judge
Anthony Dewane Bailey
North Las Vegas City Attorney
Clark County District Attorney
Olson, Cannon, Gormley, Angulo & Stoberski
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A